NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID B. LEVERETTE, )
)
      Appellant, )
)
v. )    Case No. 2D17-3789
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed February 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.

      Affirmed.



SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.